Kathleen A. McCallister
Chapter 13 Trustee
P.O. Box 1150
Meridian, ID  83680
(208) 922-5100 - Telephone
(208) 922-5599 - Facsimile
kam@kam13trustee.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| IN RE: | CHAPTER 13 |
|---|---|
| **ADRIANA LOPEZ GOMEZ** <br> **JESUS ALEJANDRO LOPEZ LIZARRAGA** | CASE NO.  24-40076-NGH |

### TRUSTEE'S OBJECTION TO CONFIRMATION

NOW COMES Kathleen A. McCallister, the standing Chapter 13 Trustee for the United States Bankruptcy Court for the District of Idaho and as for her Objection to Confirmation of Debtor(s) plan states as follows:

| 1. | Debtor(s) filed for Chapter 13 relief on: | 02/21/2024 |
|---|---|---|
| 2. | The §341(a) Meeting of Creditors held on 04/10/2024 was: | ☒ Concluded <br> ☐ Taken off calendar <br> ☐ Continued to: |
| 3. | Discharge: | ☒ Debtor(s) are eligible for a discharge. <br> ☐ Debtor(s) are not eligible for a discharge in this case. <br> ☐ Other: |
| 4. | Plan Payments: | ☒ Debtor(s) are current on their plan payments. <br> ☐ Debtor(s) are delinquent in their plan payments in the amount of: <br> ☐ Debtor(s) are currently making plan payments pursuant to a wage deduction order. |
| 5. | Trustee objects to confirmation of the Chapter 13 Plan filed 4/10/24 for the following reasons: | ☐ Chapter 13 Plan unfairly discriminates against a class of general unsecured claims [11 USC § 1322(b)(1)]. <br><br> ☐ Debtor(s) plan fails to provide for the following secured debt(s): |

| | | |
|---|---|---|
| | | ☒ The proposed Chapter 13 Plan is not feasible as the debtor(s) lacks sufficient regular income [11 USC § 109(e)]. ☐ The proposed Chapter 13 Plan is underfunded in the amount of: ☒ The Amended plan has not been served upon any creditors. It must be served upon creditors since it adds about $2,370 for Mountain West Bank, increases attorney's fees by $2000, and provides for an additional secured creditor small a small mortgage default. ☐ Plan fails to provide for full payment of the following claims entitled to priority as required by 11 U.S.C. § 507(a): ☐ The proposed Chapter 13 Plan fails to meet liquidation value [11 USC 1325 (a)(4)] due to: ☒ Other: trustee has received funds in the amount of $530.11 from a pre-petition garnishment which should be paid into the plan in addition to plan payments. |
| 6. | The following creditor(s) objections will need to be resolved prior to confirmation: | Objection to Confirmation filed by: |
| 7a. | Income and Expenses  The proposed Chapter 13 plan fails to provide that all of debtor(s)' projected disposable income to be received during the applicable commitment period will be applied to make payments to unsecured creditors under the plan, [11 USC §1325 (b)(1)(B)] | ☐ Unreasonable expenses: ☐ Tax Refunds should be paid into plan in addition to plan payments. ☐ Debtor(s) are contributing to voluntary retirement accounts. ☐ Debtor(s) are paying secured claims directly, plan payments will need to increase once the following secured claims have been paid in full: ☐ Debtor or co-debtor is unemployed/underemployed; Debtor(s) will need to file an amended Schedule I if there is a change. |
| 7b. | Form 122C: | ☐ Above Median Debtor(s): ☐ Plan proposed is not 60 months. ☐ Plan payment is insufficient – debtor(s) are not meeting the disposable income requirement of Form 122C. |

| | | |
|---|---|---|
| | | ☐ Following expenses are inconsistent between schedules I/J and Form 122C:<br>☐ Following lines are incorrect on Form 122C:<br><br>☐ Amended Form 122C is required. |
| 8. | Trustee is missing the following documentation, or the documentation provided is incomplete: | ☒ Proof of expenses required: child care $1100 per month.<br><br>☐ Proof that the Debtor(s) filed the last 4 years of tax returns pursuant to 11 USC § 1307(e). Trustee is missing tax returns for:<br><br>☒ Paycheck stubs or proof of current income– Trustee is missing: current paystub for Mrs. Lopez-Gomez. She recently received a promotion.<br><br>☐ Divorce decree(s) and/or child support order(s).<br><br>☒ Bank statements from the date of filing and the 90 days prior to filing. Trustee is missing the following statements: Mountain West and PFCU.<br><br>☐ Proof of when any current retirement loans will be repaid.<br><br>☒ Installment contracts for all secured claims to be paid through paragraphs 3.1 or 3.3 of the plan. Pioneer Federal on the 2014 Tacoma.<br><br>☐ Other: |
| 9. | If the Debtor(s) are self-employed: | ☐ Trustee will request that the Debtor(s) provide periodic business reports as a confirmation requirement over the term of the plan. |
| 10. | Income appears to be overstated or understated per the Trustee's calculations: | Income is different for<br>☐ Debtor:<br><br>☐ Co-debtor: |
| 11. | The following Schedules and/or Forms will need to be amended: | ☐ Schedules A/B:<br>☐ Schedule C:<br>☐ Schedule D:<br>☐ Schedules E/F:<br>☐ Schedule G:<br>☐ Schedule H:<br>☐ Schedules I/J: |

| | | |
|---|---|---|
| | | ☐ Statement of Financial Affairs: |
| 12. | Attorney's fees and Filing Fees: | ☒ Counsel for the debtor(s) will need to file a detailed fee application with the court for attorney's fees requested up to $11,687.<br><br>☐ Form B2030 is inconsistent with the plan and/or schedules.<br><br>☐ Filing fees are being paid in installments; Trustee is unable to pay any attorney's fees until the filing fees have been paid in full. |

WHEREFORE, the trustee objects to confirmation of the Chapter 13 Plan for the foregoing reasons.

DATED:  May 4, 2024

                                                /s/ *Kathleen McCallister*
                                                Kathleen McCallister, Trustee

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 4, 2024, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

ALEXANDRA O CAVAL
**Attorney at Law**
alex@cavallawoffice.com


AND I FURTHER CERTIFY that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

    Via first class mail, postage prepaid addressed as follows:

**ADRIANA LOPEZ GOMEZ**
**JESUS ALEJANDRO LOPEZ LIZARRAGA**
**P.O. BOX 322**
**KETCHUM, ID 83340**


       /s/ *Kathleen McCallister*
       Kathleen McCallister, Trustee